# United States Bankruptcy Court
## Northern District of Georgia

In re   **James Powell Stevens**  
Debtor(s)

Case No. _____  
Chapter   **7**

I, James Powell Stevens, have not filed a tax return in approximately 15 years due to my income level.

Date  **August 20, 2009**

Signature  **/s/ James Powell Stevens**  
James Powell Stevens  
Debtor

Attorney  **/s/ Jerry A. Daniels**  
Jerry A. Daniels 204850